**BOUTIN JONES INC.**
James D. McNairy (SBN 230903)
jmcnairy@boutinjones.com
Michael G. Cross (SBN 268999)
mcross@boutinjones.com
Errol C. Dauis (SBN 279313)
edauis@boutinjones.com
Andrew M. Ducart (SBN 293714)
aducart@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Fax: (916) 441-7597

Attorneys for Defendant
TEAM INDUSTRIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THAI, an individual, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM INDUSTRIAL SERVICES, INC., a Corporation; and Does 1 through 50 Inclusive,<br><br>Defendants. | Case No. 2:21-cv-03319-FLA (GJSx)<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED REQUEST TO VACATE ALL DATES** |

The Parties respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned action.[1]  Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement.  Plaintiffs' Counsel anticipate filing a Motion for Preliminary Approval of Settlement within approximately 60 days of the Settlement Agreement's execution.

---

[1] The Parties' settlement in principle is with regard to both the above-captioned action, and the related case formerly styled as styled *Alex Esqueda v. Team Industrial Services, Inc.*, Former Case No. 2:21-cv-03321-FLA (GJSx), which this Court ordered consolidated with the above-captioned action on October 1, 2021.  (Dkt. 36.)

Accordingly, the Parties hereby stipulate to and respectfully request that the Court vacate all deadlines and hearing dates as set forth in its November 5, 2021 Order Setting Scheduling Conference (Dkt. 37).

Dated: November 19, 2021        BOUTIN JONES INC.

By: _/s/ James D. McNairy_
JAMES D. MCNAIRY

Attorneys for Defendant Team Industrial Services, Inc.

Dated: November 19, 2021        BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: _/s/ Christine T. LeVu_
CHRISTINE T. LEVU

Attorneys for Plaintiff Michael Thai

Dated: November 19, 2021        JAMES R. HAWKINS, APLC

By: _/s/ Gregory Mauro_
GREGORY MAURO

Attorneys for Plaintiff Alex Esqueda

**FILER'S ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

_/s/ James D. McNairy_
James D. McNairy