JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THAI, an individual, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM INDUSTRIAL SERVICES, INC., a Corporation, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Lead Case No.<br>**2:21-cv-03319-FLA (GJSx)**<br><br>Consolidated Case:<br>2:21-cv-03321-FLA (GJSx)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT [DKT. 44]**<br><br>Removed: April 16, 2021 |

## ORDER GRANTING STIPULATION

Having reviewed and considered the Stipulation of Plaintiffs Michael Thai and Alex Esqueda ("Plaintiffs") and Defendant Team Industrial Services, Inc. ("Defendant"), seeking an order remanding the consolidated action *Michael Thai v. Team Industrial Services, Inc.*, Case No. 2:21-cv-03319-FLA (GJSx) (the "*Thai* Action"), to the Los Angeles Superior Court, and finding good cause therefore, the court hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. Pursuant to the Parties' Stipulation, the *Thai* Action is hereby REMANDED to the Los Angeles Superior Court as Case No. 19STCV21953.

2. The court retains jurisdiction to reopen the consolidated *Alex Esqueda v. Team Inustrial Services, Inc., et al.*, Case No. 2:21-cv-03321-FLA (GJSx) (the "*Esqueda* Action"), within sixty (60) days from the date of this Order, provided any request by a party to reopen these actions must make a good cause showing as to why Plaintiff Esqueda has not been joined to the remanded *Thai* Action, why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: April 4, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge